**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CLEAN AIR GENERATION, LLC ANTHRACITE RIDGE, LLC, | : | No. 557 MAL 2022 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| SCHUYLKILL COUNTY BOARD OF | : | |
| COMMISSIONERS, SCHUYLKILL | : | |
| COUNTY AIRPORT AUTHORITY, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.